# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY SMITH,<br><br>        Petitioner,<br><br>        v.<br><br>C/O GONZALEZ,<br><br>        Respondent. | NO. CV 09-8301 RGK (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 4, 2009.

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE